BOB KILIAN ELECTRIC
12075 43RD ST NE
ST. MICHAEL MN  55376


SOUTH SIDE LUMBER CO.
PO BOX 178
ROGERS MN  55374


21ST CENTURY BANK
JEFF MUELLER
21660 DIAMOND LAKE  RD S
ROGERS MN 55376


AKER DOORS INC
17124 ULYSSES ST
HAM LAKE MN 55304


AMERICAN AGENCIES OF CA
721 N 530 EAST
OREM UT 84097


ANGELA GEORGE
900 S. RUM RIVER DRIVE
PRINCETON MN  55371


ARROW BUILDING CENTER
14813 162ND AVE SE
BIG LAKE MN  55309


BANK OF AMERICA
PO BOX 15026
WILMINGTON DE  19850-5026


BARNA GUZY & STEFFEN LTD
400 NORTHTOWN FINANCIAL PLAZA
200 COON RAPIDS BLVD
MINNEAPOLIS MN  55433

BERG EXTERIORS, INC.
5145 INDUSTRIAL STREET, SUITE 1
MAPLE PLAIN MN  55395-8610


BEST GLASS CO.
8300 OCHOA COURT
ELK RIVER MN  55330


BRAD LARSON, ESQ.
METCALF, LARSON & MUTH, P.C.
313 WEST BROADYWAY STREET
PO BOX 446
MONTICELLO MN  55362-0446


BRADLEY AND LYNN LEWIS
9329 KAEDING WAY NE
OTSEGO MN  55362


BRIAN AND DEB CABALLERO
9510 42ND ST NE
ST. MICHAEL MN  55376


BRIAN BERGLIN
16032 PIERCE ST. NE
ANDOVER MN  55304


CATERPILLER FINANCIAL SERVICES CORP
2120 WEST END AVENUE
PO BOX 340001
NASHVILLE TN  37203-0001


CEDAR CREEK SPRINKLER
10279 KARSTON CT. NE
ALBERTVILLE MN  55301


CENTER POINT ENERGY
PO BOX 1144
MINNEAPOLIS MN  55440-1144

```
CENTER POINT ENERGY/MINNEGASC0
PO BOX 1144
MINNEAPOLIS MN 55440 1144


CHICAGO TITLE INSURANCE
7701 FRANCE AVE. S.
EDINA MN  55435


CITIZENS AUTOMOBILE FINANCE
PO BOX 42002
PROVIDENCE RI  02940


CITY OF COON RAPIDS
11155 ROBINSON DR
COON RAPIDS MN  55433-3761


CK PAINTING INC.
11146 262ND COURT
ZIMMERMAN MN  55398


CONSOLIDATED LUMBER
DBA ARROW BUILDING CENTER
C/O RINKE-NOONAN
PO BOX 1497
ST. CLOUD MN  56302


CONTRACTOR'S CAPITAL CORPORATION
2781 PILOT KNOB ROAD
EAGAN MN 55121


COUNTY OF CROW WING
C/O DARRELL PASKE
326 LAUREL STREET
BRAINERD MN  56401


D & B INSTALLATION
3349 175TH LANE NW
ANOVER MN  55304
```

```
D&M PLASTICS
9395 MASON AVE NE.E
ELK RIVER MN  55330


DAN AND DANIELLE ELSNES
9863 41ST ST NE
ST. MICHAEL MN  55376


DAN THE NAILBENDER MAN LLC
DAN CARR
21012 FRESNO ST. NW
ELK RIVER MN  55330


DCS INC.
15933 DRAKE ST. NW.
ANOVER MN  55304


DENNIS FEHN
GRAVEL - EXCAVATING
PO BOX 256
5050 BARTHEL INDUSTRIAL DR.
ALBERTVILLE MN  55301


DENNY HECKER AUTO CONNECTION
500 FORD ROAD
MINNEAPOLIS MN 55426


DERALD AND ROXIENE MURPHY
9306 KAEDING CIRCLE NE
OTSEGO MN  55362


DK PRO GRADING INC.
5651 120TH ST NW
MAPLE LAKE MN  55358


DHB  DIGITAL HOME BUSINESS
5600 QUEENS AVE NE
OTSEGO MN 55330
```

```
DICK PARKS GAS, INC.
PO BOX 70
NISSWA MN 56468



DISCOVER
PO BOX 30395
SALT LAKE CITY UT 84130



EAGLE BANK
9600 UPLAND LANE N
STE 100
MAPLE GROVE MN 55369



EMBARQ
PO BOX 660068
DALLAS TX  75266-0068



ENGINEERED BUILDING COMPONENTS
RUM RIVER
C/O JAMES SANDER
4050 OLSON MEMORIAL HWY #195
GOLDEN VALLEY MN 55422


FERGUSON ENTERPRISES INC.
C/O ANTHONY U WACKER
821 RAYMOND AVENUE
ST. PAUL MN  55114


FIRST CONSTRUCTION CREDIT
6889 ROWLAND ROAD, #100
EDEN PRAIRIE MN  55344



FIRST CONSTRUCTION CREDIT
6889 ROWLAND ROAD, #100
EDEN PRAIRIE MN  55344



FIRST FARMERS MERCHANT
PO BOX 188
GRAND MEADOW MN 55936
```

GKT APPLIANCE
2675 2ND ST. N.
ST. PAUL MN  55109


GMAC
PO BOX 9001948
LOUISVILLE KY  40290-1948


GREAT NORTHERN BANK
12725 43RD STREET NE
ST. MICHAEL  MN  55376


GREENSCAPE COMPANIES INC.
11684 219TH AVENUE NW
ELK RIVER MN  55330


GRIES & LENHARDT
12725 43RD ST. N. E. SUITE 201
ST. MICHAEL MN  55376


HARRIS NA
PO BOX 6201
CAROL STREAM IL  50197-5201


HENNEPIN COUNTY TREASURER
A600 GOVERNMENT CENTER
300 S SITH ST
MINNEAPOLIS MN 55487


HENNINGSON & SNOXELL
6900 WEDGEWOOD ROAD STE 200
MAPLE GROVE MN  55331


HENNINGSON & SNOXELLL
6900 WEDGEWOOD ROAD STE 200
MAPLE GROVE MN 55311

```
HIGHWOOD TOWNHOMES
C/O MCCOLLUM, CROWLEY, MOSCHET & MI
700 WELLS FARGO PLAZA
7900 XERXES AVE. SO.
MINNEAPOLIS MN  55431


HINSHAW & CULBERTSON LLP
2729 PAYSPHERE CIRCLE
CHICAGO IL 60674



IKON FINANCIAL SERVICES
1738 BASE ROAD
MACON GA  31210



IKON OFFICE SOLUTIONS
PO BOX 802815
CHICAGO IL  60680-2815



INDYMAC BANK F S B
R J LANDAU PARTNERS PLLC

5340 PLYMOUTH RD STE 200
ANN ARBOR MI 48105


INSTALLED BUILDING PRODUCTS
DBA METRO HOME WATERPROOFING
5861 QUEENS AVENUE NE
ELK RIVER MN  55330



INSTALLED BUILDING PRODUCTS
D/B/A METRO HOME INSULATION
5861 QUEENS AVENUE NE
ELK RIVER MN  55330



INSTALLED BUILDING PRODUCTS
DBA MINNESOTA E EXTERIORS
5861 QUEENS AVENUE NE
ELK RIVER MN  55330



J. J. TOTAL LANDSCAPING
ATTN JEFF FOQUETTE
69640 US HIGHWAY 12
DASSEL MN  55325
```

```
JAMES AND LINDA GAMMELO
14275 GOLF COURSE DRIVE STE 200
BAXTER MN 56425




JME OF MONTICELLO, INC.
1401 FALLON AVENUE
MONTICELLO MN  55362




JOEL AND PENNY DEVRIES
9342 KAEDING CIRCLE NE
OTSEGO MN  55362




JOHN GRIES - OFFICE COURT
GRIES & LENHARDT
12725 43RD ST NE
ST MICHAEL MN 553765




JOSEPH ADDIE
C/O AHLBERG LAW - RYAN AHLBERG
UNION PLAZA BUILDING
333 WASHINGTON AVE N. #317
MINNEAPOLIS MN  55401




JOEL EGGE
720 CAPWOOD AVENUE
LITCHFIELD MN  55355




JULE BUILDERS INC.
15875 255TH AVE
BIG LAKE MN  55309




KAREN KNOLL
14335 305TH AVE
PRINCETON MN  55371




KATHLEEN ERICKSON
9348 KAEDING CIRCLE NE
OTSEGO MN  55362
```

KOPP CONCRETE INC.
16455 122ND AVE.
BECKER MN  55308


KUNZLER & MCKENIZE
8 EAST BROADWAY #600
SALT LAKE CITY UT 84111


LAKELAND CONSTRUCTION FINANCE LLC
860 BLUE GENTIAN ROAD
SUITE 135
EAGAN MN 55121


LORI TROSETH
10734 313TH AVE
PRINCETON MN  55371


LOT SURVEYS COMPANY INC.
7601 73RD AVE. N.
MINNEAPOLIS MN  55428


MANN BRACKEN LLP
1108 NEW ZEALAND AVE N STE 203
CHAMPLIN MN 55316


MEYER ROHLIN INC.
1111 HWY 25
BUFFALO MN  55313


MICHAEL AND SANDRA BERG
9347 KAEDING CIRCLE NE
OTSEGO MN  55362


MONTICELLO
FORD MERCURY
1105 HWY 25 S.
MONTICELLO MN  55362

NATIONAL CITY BANK
PO BOX 5570
CLEVELAND OH  44101-0570

NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROAD
HORSHAM PA 19044

OMANN BROTHERS PAVING INC.
PO BOX 120
ALBERTVILLE MN 55301

ONE MORTGAGE
JON KERN
405-33RD AVE N
ST CLOUD MN 56303

PATRICK SWEENEY
3881 SO. VIADEL TORDO
GREEN VALLEY AZ 85622

PAUL AND CLEONE SCHREIER
9323 KAEDING WAY NE
OTSEGO MN  55362

PEGGY SCHUMM, CPA, LTD.
12725 43RD STREET NE
ST. MICHAEL MN  55376

SIGNATURE BANK
DAN KOCH
9800 BREN ROAD E STE 200
MINNETONKA MN 55343

PREMIER BANK
THOMAS KERN
301 CENTRAL AVE.
OSSEO MN  553369

PREMIER BANK
THOMAS KERN
301 CENTRAL AVE.
OSSEO MN 55369


PREMIER BANK
301 CENTRAL AVE
OSSEO MN 55369


PREMIER BANK
THOMAS KERN
301 CENTRAL AVE
OSSEO MN 55369


PREMIER EXTERIORS INC.
10734 313TH AVE.
PRINCETON MN  55371


PURCELL PLUMBING & HEATING, INC.
220 SANDBERG ROAD
MONTICELLO MN  55362


QUALITY SITE DESIGN
3600 HOLLY LANE NO. SUITE 100
PLYMOUTH MN  55447


RATHMANNER MASONRY INC.
22290 169 ST.
BIG LAKE  MN  55309


RED ROOF LIGHTING INC.
14180 NORTHDALE BLVD
ROGERS MN  55374


RMS
305 FELLOWSHIP RD STE 100
PO BOX 5471
MOUNT LAUREL NJ 08054

```
ROBERT AND MARGARET EICHENLAUB
701 DESCHEPPER STREET
MARSHALL MN  56258




SAM HALLOWAY
22596 BREANNA CT
ROGERS MN 55376




SATHRE-BERGQUIST INC.
150 SOUTH BROADWAY
WAYZATA MN  55391




SEH
3535 VADNAIS CENTER DRIVE
ST. PAUL MN  55110-5196




SHERBURNE STATE BANK
PO BOX 428
BECKER MN  55308




SHERBURNE STATE BANK
PO BOX 428
BECKER MN  55308




SIMONSON LUMBER OF MONTICELLO
100 CHELSEA ROAD
MONTICELLO MN  55362




SOUTHSIDE LUMBER CO
C/O JAMES SANDER
4050 OLSON MEM HIGHWAY STE 195
GOLDEN VALLEY MN 55422




SPIRE FEDERAL CREDIT UNION
PO BOX 130670
ROSEVILLE MN  55113
```

SS STONE SURFACES BY STEVE WALKER
9290 VERNON STREET
GREENFIELD MN  55373


STEVE AND ROBIN FISH
9312 KAEDING CIRCLE NE
OTSEGO MN  55362


STEVEN AND JOYCE PAULEY
9341 KAEDING CIRCLE NE
OTSEGO MN  55362


STEVE'S FLOORCOVERING
PO BOX 356
ELK RIVER MN  55330


STOCK BUILDING SUPPLY
C/O ANDREW NIELSEN
WAGNER FALCONER & JUDD LTD
1700 IDS CENTER  80 S 8TH ST
MINNEAPOLIS MN  55402


SUNNY SIDE SERVICES
7005 BUSCHMANN ROAD
BREEZY POINT MN 56472


TITAN ELECTRIC INC.
112 W. RIVER STREET
MONTICELLO MN  55362


TRIMONT REAL ESTATE
C/O LEONARD, O'BRIEN, SPENCER GALE
100 SOUTH FIFTH STREET
SUITE 2500
MINNEAPOLIS MN  55402


WASHINGTON MUTUAL HOME LOANS
MAILSTOP JAXA2031
PO BOX 44090
JACKSONVILLE FL  32231-4090

```
WELLS FARGO HOME MORTGAGE
PO BOX 5296
CAROL STREAM IL  60197-5293



WESTERN DRYWALL INC.
5237 QUIRING AVE. NW
ANNANDALE MN 55302



WILLIAM AND MARY SEDEY
9353 KAEDING CIRCLE NE
OTSEGO MN  55362



WRIGHT COUNTY AUDITOR-TREASURER
WRIGHT COUNTY COURTHOUSE
10 2ND ST NW RM 230
BUFFALO MN  55313-1195



WRIGHT-HENNEPIN COOP
ELECTRI CASSOC
PO BOX 330
ROCKFORD MN  55373



XCEL ENERGY
NORTHERN STATES POWER COMPANY
PO BOX 8
EAU CLAIRE WI  54702
```

| United States Bankruptcy Court<br>District of Minnesota | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KRYSTOSEK, JAMES,  MICHAEL** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**KRYSTOSEK, CAROL,  KATHERINE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attached Exhibit A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attached Exhibit B** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **7368, See Attached Exhibit A** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **, 9993**<br>**See Attached Exhibit B** |
| Street Address of Debtor (No. & Street, City, and State):<br>**9201 91ST ST NE**<br>**MONTICELLO, MN**    ZIP CODE **55362** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**9201 91ST ST NE**<br>**MONTICELLO, MN**    ZIP CODE **55362** |
| County of Residence or of the Principal Place of Business:<br>**WRIGHT** | County of Residence or of the Principal Place of Business:<br>**WRIGHT** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JAMES MICHAEL KRYSTOSEK, CAROL KATHERINE KRYSTOSEK** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: **MINNESOTA** | Case Number: | Date Filed:<br>**01/11/1980** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)         Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JAMES MICHAEL KRYSTOSEK, CAROL<br>KATHERINE KRYSTOSEK** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ JAMES MICHAEL KRYSTOSEK**
Signature of Debtor  **JAMES MICHAEL KRYSTOSEK**

X **s/ CAROL KATHERINE KRYSTOSEK**
Signature of Joint Debtor  **CAROL KATHERINE KRYSTOSEK**

Telephone Number (If not represented by attorney)
**5/8/2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**JOSEPH A WENTZELL  Bar No.  170616**
Printed Name of Attorney for Debtor(s) / Bar No.

**WENTZELL LAW OFFICE, PLLC**
Firm Name

**2812 ANTHONY LANE ST ANTHONY, MN 55418**
Address

**612-436-3292**        **612-788-9879**
Telephone Number

**5/8/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# EXHIBIT A
## JAMES KRYSTOSEK BUSINESSES

ALPINE HOMES, INC.                                      EIN:  41-1995418

ALPINE REALTY, INC.                                     EIN:  41-1994005

JCK LAND DEVELOPMENT, LLC                               EIN:  41-1997255

MAINSTREAM PROPERTIES, LLC                              EIN:  03-0506466

ROYAL LAND DEVELOPMENT, INC.                            EIN:  20-1308557

FAIRPRICEDHOMES, INC.                                   EIN:  20-3106262

GREATLAND PROPERTIES, LLC                               EIN:  20-4411028

J & D ENTERPRISES OF ALBERTVILLE                        EIN:  41-1828587
  PARTNERSHIP

KRYSTOSEK ENTERPRISE, INC.                              EIN:  41-1960537

KRYSTOSEK PROPERTIES – PARTNERSHIP    EIN:  41-1858331
  FAMILY ESTATE

STALLION DEVELOPMENT, LLC                               EIN:  20-2192164

KRH PROPERTIES, LLC                                     EIN:  20-3965400

NORIN LANDING HOMEOWNERS                          EIN:  20-3252755
  ASSOCATION – NON-PROFIT CORPORATION

HAMLETS CREEKVIEW ESTATES, INC.           EIN:  20-4410788
  – NON-PROFIT CORPORATION

ENVIROPROP CORP.                                        EIN:  56-2397873

QUALITY TITLE, INC.                                     EIN:  48-1290746

FIRST PRIORITY MORTGAGE OF                        EIN:  32-0084024
  MINNESOTA, INC.

FOREST HILLS HOMEOWNERS                           EIN:  20-1414410
  ASSOCIATION

ARLH, LLC                                               EIN:  2133240-2

**EXHIBIT B**
**CAROL KRYSTOSEK BUSINESSES**

JCK LAND DEVELOPMENT, LLC          EIN:   41-1997255

KRYSTOSEK ENTERPRISE, INC.          EIN:   41-1960537

NORIN LANDING HOMEOWNERS          EIN:   20-3252755
    ASSOCATION – NON-PROFIT CORPORATION

FOREST HILLS HOMEOWNERS          EIN:   20-1414410
    ASSOCIATION – NON-PROFIT COROPRATION

April 21, 2009

# UNITED STATES BANKRUPTCY COURT

## District of Minnesota

In re   **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE KRYSTOSEK**

Case No. _____

_____
Debtor(s)

_____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏　Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏　Active military duty in a military combat zone.

❏　5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　**s/ JAMES MICHAEL KRYSTOSEK**
　　　　　　　　　　　**JAMES MICHAEL KRYSTOSEK**

Date:　**5/8/2009**

# UNITED STATES BANKRUPTCY COURT

## District of Minnesota

In re  **JAMES MICHAEL KRYSTOSEK   CAROL
KATHERINE KRYSTOSEK**

_____
Debtor(s)

Case No.

_____
*(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the **180 days before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑ Active military duty in a military combat zone.

❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **s/ CAROL KATHERINE KRYSTOSEK**
**CAROL KATHERINE KRYSTOSEK**

Date: **5/8/2009**

# United States Bankruptcy Court
## District of Minnesota

In re **JAMES MICHAEL KRYSTOSEK    CAROL KATHERINE**
**KRYSTOSEK**                                          Debtors

Case No. _____

Chapter    **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 4,784.15 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ 4,784.15 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 9,305.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $1,303,616.24 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 4,784.15 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $12,683,122.09 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $13,986,738.33 |

In re: **JAMES MICHAEL KRYSTOSEK    CAROL KATHERINE KRYSTOSEK**          Case No. _____

                                        **Debtors**                                          (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **LOT 4, BLOCK 1 OTSEGO FARMS**<br><br>**9201 91ST ST NE MONTICELLO, MN** | **Fee Owner** | **J** | **$ 500,000.00** | **$1,022,678.24** |
| **THE NE1/4 OF NE1/4 AND GOVT LOT 2 OF SEC 30, DESC AS FOLLOWS; COMM AT THE NE CORNER OF SAID NENE, THEN S 02 DEG 32 MIN 39 SEC E, ASSUMED BEARING, ALG THE E LINE OF SAID NENE A DIST OF 662.06 FT, THEN S 79 DEG 44-SEC: 30 TOWNSHIP: 136 RANGE: 28**<br><br>**28859 RANCHETTE DRIVE PEQUOT LAKES,  MN** | **Co-Owner** | **H** | **$ 500,000.00** | **$1,275,272.00** |
| | Total ➤ | | **$1,000,000.00** | |

(Report also on Summary of Schedules.)

In re   **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**          Case No. _____
        **KRYSTOSEK**                                                              (If known)
                               Debtors

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH ON HAND** | J | **5,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HIGHLAND BANK CHECKING ACCOUNT NO. 3011012** | J | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **ONLY GENERAL IPROPERTY, NOTHING BOUGHT IN LAST 6 YEARS** | W | **5,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **GENERAL WEARING APPAREL** | J | **1,500.00** |
| 7. Furs and jewelry. | | **2 WEDDING RINGS - PURCHASED WHEN FIRST MARRIED** | J | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **12 gauge shotgun - 50 years old and 22 caliber rifle** | H | **500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **LIFE INSURANCE CASH VALUE ZERO - TERM INSURANCE - JACKSON NATIONAL LIFE** | H | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **SEE ATTACHED LIST [EXHIBIT C] OF STOCK OWNERSHIP - HYPERTENSION DIAGNOSTICES INC** | H | **854.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

In re  **JAMES MICHAEL KRYSTOSEK    CAROL KATHERINE**          Case No. _____
       **KRYSTOSEK** _____,                              (If known)
                                    **Debtors**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | **REAL ESTATE LICENSE AND BUILDERS' LICENSE** | H | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 DODGE DURANGO** **SPIRE  FEDERAL CREDIT UNION** | W | 10,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 JEEP COMMANDER** **CITIZEN AUTO FINANCE** **TITLE - CAROL KRYSTOSEK** | W | 12,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 JEEP COMMANDER** **HARRIS NA** | H | 13,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re   **JAMES MICHAEL KRYSTOSEK    CAROL KATHERINE**       ,       Case No. _____

      **KRYSTOSEK**             **Debtors**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

           <u>2</u>    continuation sheets attached             Total    ⮕      **$ 48,354.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

## EXHIBIT C
## JAMES KRYSTOSEK STOCK OWNERSHIP

| STOCK | COMPANY NAME | EIN | VALUE |
|---|---|---|---|
| | ALPINE HOMES, INC. | 41-1995418 | $1.00 |
| | ALPINE REALTY, INC. | 41-1994005 | $1.00 |
| | JCK LAND DEVELOPMENT, LLC | 41-1997255 | $1.00 |
| | MAINSTREAM PROPERTIES, LLC | 03-0506466 | $1.00 |
| | ROYAL LAND DEVELOPMENT, INC | 20-1308557 | $1.00 |
| | FAIRPRICEDHOMES, INC. | 20-3106262 | $1.00 |
| | GREATLAND PROPERTIES, LLC | 20-4411028 | $1.00 |
| | J & D ENTERPRISES OF ALBERTVILLE PARTNERSHIP | 41-1828587 | $1.00 |
| | KRYSTOSEK ENTERPRISE, INC | 41-1960537 | $1.00 |
| | KRYSTOSEK PROPERTIES – PARTNERSHIP FAMILY ESTATE | 41-1858331 | $1.00 |
| | STALLION DEVELOPMENT, LLC | 20-2192164 | $1.00 |
| | KRH PROPERTIES, LLC | 20-3965400 | $1.00 |
| | NORIN LANDING HOMEOWNERS ASSOCATION – NON-PROFIT CORPORATION | 20-3252755 | $1.00 |
| | HAMLETS CREEKVIEW ESTATES, INC | 20-4410788 | $1.00 |
| | ENVIROPROP CORP. | 56-2397873 | $1.00 |
| | QUALITY TITLE, INC | 48-1290746 | $1.00 |
| | FIRST PRIORITY MORTGAGE OF MINNESOTA, INC. | 32-0084024 | $1.00 |
| | FOREST HILLS HOMEOWNERS | 20-1414410 | $1.00 |
| | ARLH | 21-33240-2 | $1.00 |

APRIL 21, 2009

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE
KRYSTOSEK**
_____,
Debtors

Case No. _____
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 12 gauge shotgun - 50 years old and 22 caliber rifle | 11 USC § 522(d)(5) | 500.00 | 500.00 |
| 2 WEDDING RINGS - PURCHASED WHEN FIRST MARRIED | 11 USC § 522(d)(4) | 500.00 | 500.00 |
| 2005 DODGE DURANGO SPIRE  FEDERAL CREDIT UNION | 11 USC § 522(d)(2) | 1.00 | 10,000.00 |
| 2006 JEEP COMMANDER CITIZEN AUTO FINANCE TITLE - CAROL KRYSTOSEK | 11 USC § 522(d)(2) | 1.00 | 12,000.00 |
| 2008 JEEP COMMANDER HARRIS NA | 11 USC § 522(d)(2) | 1.00 | 13,000.00 |
| CASH ON HAND | 11 USC § 522(d)(5) | 5,000.00 | 5,000.00 |
| GENERAL WEARING APPAREL | MSA § 550.37(4)(a) | 1,500.00 | 1,500.00 |
| LOT 4, BLOCK 1 OTSEGO FARMS<br><br>9201 91ST ST NE MONTICELLO, MN | 11 USC § 522(d)(1) | 0.00 | 500,000.00 |
| ONLY GENERAL IPROPERTY, NOTHING BOUGHT IN LAST 6 YEARS | 11 USC § 522(d)(3) | 5,000.00 | 5,000.00 |
| SEE ATTACHED LIST [EXHIBIT C] OF STOCK OWNERSHIP - HYPERTENSION DIAGNOSTICES INC | 11 USC § 522(d)(5) | 854.00 | 854.00 |

In re   **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**   ,    Case No. _____
     **KRYSTOSEK**              Debtors                             (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **THE NE1/4 OF NE1/4 AND GOVT LOT 2 OF SEC 30, DESC AS FOLLOWS; COMM AT THE NE CORNER OF SAID NENE, THEN S 02 DEG 32 MIN 39 SEC E, ASSUMED BEARING, ALG THE E LINE OF SAID NENE A DIST OF 662.06 FT, THEN S 79 DEG 44-SEC: 30 TOWNSHIP: 136 RANGE: 28**<br><br>**28859 RANCHETTE DRIVE PEQUOT LAKES,  MN** | **11 USC § 522(d)(1)** | **0.00** | **500,000.00** |

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**                    Case No. _____
      **KRYSTOSEK**                                                                            **(If known)**
                                    **Debtors**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2723468563<br><br>CITIZENS AUTOMOBILE FINANCE<br>PO BOX 42002<br>PROVIDENCE RI  02940 | | J | Security Agreement<br>2006 JEEP COMMANDER<br>CITIZEN AUTO FINANCE<br>TITLE - CAROL KRYSTOSEK<br><br>VALUE $12,000.00 | | | | 13,946.00 | 1,946.00 |
| ACCOUNT NO.  9901678364<br><br>HARRIS NA<br>PO BOX 6201<br>CAROL STREAM IL  50197-5201 | | J | Security Agreement<br>2008 JEEP COMMANDER<br>TITLED JAMES KRYSTOSEK -<br>SON - RANDY PAYS AND<br>DRIVES<br><br>VALUE $13,000.00 | | | | 14,460.00 | 1,460.00 |
| ACCOUNT NO.  4489-6183-2112-5834<br><br>NATIONAL CITY BANK<br>PO BOX 5570<br>CLEVELAND OH  44101-0570 | | J | Second Lien on Residence<br>LOT 4, BLOCK 1 OTSEGO<br>FARMS<br><br>9201 91ST ST NE<br>MONTICELLO, MN<br><br>VALUE $500,000.00 | | | | 526,625.68 | 522,678.24 |
| ACCOUNT NO.  281948-20<br><br>SPIRE FEDERAL CREDIT UNION<br>PO BOX 130670<br>ROSEVILLE MN  55113 | | J | Security Agreement<br>2005 DODGE DURANGO<br>SPIRE  FEDERAL CREDIT<br>UNION<br><br>VALUE $10,000.00 | | | | 12,260.00 | 2,260.00 |

1   continuation sheets
    attached

                                                    Subtotal  ➤          $  567,291.68 | $  528,344.24
                                                    (Total of this page)

                                                    Total  ➤              $            | $
                                                    (Use only on last page)

                                                    (Report also on Summary of   (If applicable, report
                                                    Schedules)                    also on Statistical
                                                                                  Summary of Certain
                                                                                  Liabilities and
                                                                                  Related Data.)

In re   JAMES MICHUAL KRYSTOSEK   CAROL KATHERINE .   Case No. _____
       KRYSTOSEK                                                      (If known)
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3013970631 3 | | H | **Mortgage** | | | | 1,275,272.00 | 775,272.00 |
| **WASHINGTON MUTUAL HOME LOANS MAILSTOP JAXA2031 PO BOX 44090 JACKSONVILLE FL  32231-4090** | | | **THAT PART OF THE NE1/4 OF NE1/4 AND GOVT LOT 2 OF SEC 30, DESC AS FOLLOWS; COMM AT THE NE CORNER OF SAID NENE, THEN S 02 DEG 32 MIN 39 SEC E, ASSUMED BEARING, ALG THE E LINE OF SAID NENE A DIST OF 662.06 FT, THEN S 79 DEG 44-  SEC: 30 TOWNSHIP: 136 RANGE: 28** | | | | | |
| | | | **28859 RANCHETTE DRIVE PEQUOT LAKES MINNESOTA** | | | | | |
| | | | **VALUE $500,000.00** | | | | | |
| ACCOUNT NO.  0143417376 | | J | **Mortgage** | | | | 496,052.56 | 0.00 |
| **WELLS FARGO HOME MORTGAGE PO BOX 5296 CAROL STREAM IL  60197-5293** | | | **LOT 4, BLOCK 1, OTSEGO FARMS** | | | | | |
| | | | **9201 91ST ST NE MONTICELLO, MN** | | | | | |
| | | | **HOME MORTGAGE** | | | | | |
| | | | **VALUE $500,000.00** | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ 1,771,324.56 | $ 775,272.00 |
| $ 2,338,616.24 | $ 1,303,616.24 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (12/07)**

In re     **JAMES MICHAEL KRYSTOSEK    CAROL KATHERINE KRYSTOSEK**        **Case No.** _____

Debtors                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>   **continuation sheets attached**

In re   **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE KRYSTOSEK**                    Case No. _____
_____                                    (If known)
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**COUNTY OF CROW WING C/O DARRELL PASKE 326 LAUREL STREET BRAINERD MN 56401** | | J | **THE NE1/4 OF NE1/4 AND GOVT LOT 2 OF SEC 30, DESC AS FOLLOWS; COMM AT THE NE CORNER OF SAID NENE, THEN S 02 DEG 32 MIN 39 SEC E, ASSUMED BEARING, ALG THE E LINE OF SAID NENE A DIST OF 662.06 FT, THEN S 79 DEG 44-SEC: 30 TOWNSHIP: 136 RANGE: 28**<br><br>**28559 RANCHETTE DRIVE PEQUOT LAKES MN** | X | | | **4,784.15** | **4,784.15** | **$0.00** |
| ACCOUNT NO.<br>**HENNEPIN COUNTY TREASURER A600 GOVERNMENT CENTER 300 S SITH ST MINNEAPOLIS MN 55487** | | J | **MISC HENNEPIN COUNTY PROPERTY TAXES - COMPANY OWNED** | X | | | **UNKNOWN** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**WRIGHT COUNTY AUDITOR-TREASURER WRIGHT COUNTY COURTHOUSE 10 2ND ST NW RM 230 BUFFALO MN 55313-1195** | | J | **MISC WRIGHT COUNTY PROPERTY TAXES - COMPANY OWNED** | X | | | **UNKNOWN** | **0.00** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals▷<br>(Totals of this page) | $ **4,784.15** | $ **4,784.15** | $ **0.00** |
|---|---|---|---|---|
|  | Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **4,784.15** | | |
|  | Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **4,784.15** | $ **0.00** |

In re   **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**     Case No. _____
        **KRYSTOSEK**                          **Debtors**                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **AKER DOORS INC** <br> **17124 ULYSSES ST** <br> **HAM LAKE MN 55304** | | J | **BUSINESS DEBT** | | | | **13,856.56** |
| ACCOUNT NO.   **AA920635** <br><br> **AMERICAN AGENCIES OF CA** <br> **721 N 530 EAST** <br> **OREM UT 84097** <br><br><br> **KUNZLER & MCKENIZE** <br> **8 EAST BROADWAY #600** <br> **SALT LAKE CITY UT 84111** | | | **BUSINESS DEBT** | | | | **40,685.93** |
| ACCOUNT NO. <br><br> **ANGELA GEORGE** <br> **900 S. RUM RIVER DRIVE** <br> **PRINCETON MN  55371** | | | **BUSINESS DEBT - MAINSTREAM PROPERTIES, QUALITY TITLE** | | | | **UNKNOWN** |
| ACCOUNT NO. <br><br> **ARROW BUILDING CENTER** <br> **14813 162ND AVE SE** <br> **BIG LAKE MN  55309** | | | **BUSINESS DEBT** | | | | **44,322.21** |

<u>25</u>   Continuation sheets attached

Subtotal  ➤  $        **98,864.70**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
        **KRYSTOSEK**                          **Debtors**

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4264293086087008**<br><br>**BANK OF AMERICA**<br>**PO BOX 15026**<br>**WILMINGTON DE  19850-5026** | | J | **PERSONAL** | | | | **34,608.67** |
| ACCOUNT NO.<br><br>**BARNA GUZY & STEFFEN LTD**<br>**400 NORTHTOWN FINANCIAL PLAZA**<br>**200 COON RAPIDS BLVD**<br>**MINNEAPOLIS MN  55433** | | | **STALLION DEVELOPMENT DEBT** | | | | **1,435.00** |
| ACCOUNT NO.<br><br>**BERG EXTERIORS, INC.**<br>**5145 INDUSTRIAL STREET, SUITE 1**<br>**MAPLE PLAIN MN  55395-8610** | | | **BUSINESS DEBT** | | | | **9,990.00** |
| ACCOUNT NO.<br><br>**BEST GLASS CO.**<br>**8300 OCHOA COURT**<br>**ELK RIVER MN  55330** | | | **BUSINESS DEBT** | | | | **5,437.27** |
| ACCOUNT NO.<br><br>**BOB KILIAN ELECTRIC**<br>**12075 43RD ST NE**<br>**ST. MICHAEL MN  55376** | | | **BUSINESS DEBT** | | | | **35,087.30** |

Sheet no. _1_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **86,558.24**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
**KRYSTOSEK**                        **Debtors**

Case No. _____
                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BRAD LARSON, ESQ.**<br>**METCALF, LARSON & MUTH, P.C.**<br>**313 WEST BROADWAY STREET**<br>**PO BOX 446**<br>**MONTICELLO MN  55362-0446** | | | **BUSINESS DEBT**<br>**LEGAL SERVICES** | | | | 1,000.00 |
| ACCOUNT NO.<br>**BRADLEY AND LYNN LEWIS**<br>**9329 KAEDING WAY NE**<br>**OTSEGO MN  55362** | | | **RIVERWOOD NATIONAL TOWNHOME OWNER** | | | | 0.00 |
| ACCOUNT NO.<br>**BRIAN AND DEB CABALLERO**<br>**9510 42ND ST NE**<br>**ST. MICHAEL MN  55376** | | | **BUSINESS DEBT** | | | | 0.00 |
| ACCOUNT NO.<br>**BRIAN BERGLIN**<br>**16032 PIERCE ST. NE**<br>**ANDOVER MN  55304** | | | **BUSINESS DEBT**<br> **PROMISSORY NOTEJUDGMENT ENTERED** | | | | 250,000.00 |
| ACCOUNT NO.    **INV 12239766**<br>**CATERPILLER FINANCIAL SERVICES CORP**<br>**2120 WEST END AVENUE**<br>**PO BOX 340001**<br>**NASHVILLE TN  37203-0001** | | | **BUSINESS DEBT** | | | | 26,439.15 |

Sheet no.  2 of 25 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          277,439.15

Total  ➤  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**  
**KRYSTOSEK**                                    **Debtors**

Case No. _____  
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CEDAR CREEK SPRINKLER** <br> **10279 KARSTON CT. NE** <br> **ALBERTVILLE MN  55301** | | J | **BUSINESS DEBT** | | | | **1,500.00** |
| ACCOUNT NO.  **7063244-3** <br> **CENTER POINT ENERGY** <br> **PO BOX 1144** <br> **MINNEAPOLIS MN  55440-1144** | | J | **7063244-3** <br> **7026492-9** <br> **7284639-7** <br> **7287661-8** | | | | **978.76** |
| ACCOUNT NO. <br> **CENTER POINT ENERGY** <br> **PO BOX 1144** <br> **MINNEAPOLIS MN  55440-1144** <br><br> **NCO FINANCIAL SYSTEMS** <br> **507 PRUDENTIAL ROAD** <br> **HORSHAM PA 19044** | | | **STALLION DEVELOPMENT DEBT** <br> **7355114-5** <br> **6947270-2** <br> **6947271-0** <br> **6947268-6** <br> **7355114-5** | | | | **3,353.25** |
| ACCOUNT NO. <br> **CENTER POINT ENERGY/MINNEGASC0** <br> **PO BOX 1144** <br> **MINNEAPOLIS MN 55440 1144** | | | **65493736** <br> **JCK LAND DEVELOPMENT** | | | | **502.88** |

Sheet no. _3_ of _25_ continuation sheets attached to Schedule of Creditors  
Holding Unsecured  
Nonpriority Claims

Subtotal  ➤  $ **6,334.89**

Total  ➤  $

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical  
Summary of Certain Liabilities and Related Data.)

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**      Case No. _____
**KRYSTOSEK**                              **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 40,000.00 |
| **CHICAGO TITLE INSURANCE** **7701 FRANCE AVE. S.** **EDINA MN  55435** | | | **BUSINESS DEBT** **QUALITY TITLE** | | | | |
| ACCOUNT NO. | | J | | | | | 410.92 |
| **CITY OF COON RAPIDS** **11155 ROBINSON DR** **COON RAPIDS MN  55433-3761** | | | **STALLION DEVELOPMENT DEBT** **00077733-8903668002** **00077734-8903672004** **00077735-8903676005** **00077736-8903678001** **00077746-8903686004** | | | | |
| ACCOUNT NO. | | J | | | | | 31,025.49 |
| **CK PAINTING INC.** **11146 262ND COURT** **ZIMMERMAN MN  55398** | | | **BUSINESS DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 124,803.11 |
| **CONSOLIDATED LUMBER** **DBA ARROW BUILDING CENTER** **C/O RINKE-NOONAN** **PO BOX 1497** **ST. CLOUD MN  56302** **PREMIER BANK** **301 CENTRAL AVE** **OSSEO MN 55369** **HENNINGSON & SNOXELLL** **6900 WEDGEWOOD ROAD STE 200** **MAPLE GROVE MN 55311** | | | **BUSINESS DEBT** **LAWSUIT PENDING** **LOT 5, BLOCK 1 TERRITORIAL VIEW** **SECOND ADDITION, HENNEPIN** **COUNTY, MN** **JUDGMENT ENTERED** **27-CV-08-29237, 27-CV-08-29239** **27-CV-08-29243** **27-CV-08-26507** | | | | |

Sheet no.  4 of 25 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                196,239.52

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE__   Case No. _____
        __KRYSTOSEK__                          **Debtors**                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3553 STALLION** <br><br> **CONTRACTOR'S CAPITAL CORPORATION** <br> **2781 PILOT KNOB ROAD** <br> **EAGAN MN 55121** | | **J** | **BUSINESS DEBT** | | | | **0.00** |
| ACCOUNT NO. <br><br> **D & B INSTALLATION** <br> **3349 175TH LANE NW** <br> **ANOVER MN  55304** | | | **BUSINESS DEBT** <br> **6372 MASON AVE. OTSEGO MN** | | | | **235.00** |
| ACCOUNT NO.  **270397** <br><br> **D&M PLASTICS** <br> **9395 MASON AVE NE.E** <br> **ELK RIVER MN  55330** | | | **BUSINESS DEBT** | | | | **4,714.10** |
| ACCOUNT NO. <br><br> **DAN AND DANIELLE ELSNES** <br> **9863 41ST ST NE** <br> **ST. MICHAEL MN  55376** | | | **BUSINESS DEBT** | | | | **0.00** |
| ACCOUNT NO. <br><br> **DAN THE NAILBENDER MAN LLC** <br> **DAN CARR** <br> **21012 FRESNO ST. NW** <br> **ELK RIVER MN  55330** | | | **BUSINESS DEBT** | | | | **3,320.00** |

Sheet no. _5_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **8,269.10**

Total ➤ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
        **KRYSTOSEK**                        **Debtors**

Case No. _____
                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DCS INC.**<br>**15933 DRAKE ST. NW.**<br>**ANOVER MN  55304** | | | **BUSINESS DEBT** | | | | **3,746.19** |
| ACCOUNT NO.<br><br>**DENNIS FEHN**<br>**GRAVEL - EXCAVATING**<br>**PO BOX 256**<br>**5050 BARTHEL INDUSTRIAL DR.**<br>**ALBERTVILLE MN  55301** | | J | **BUSINESS DEBT** | | | | **6,668.44** |
| ACCOUNT NO.<br><br>**DERALD AND ROXIENE MURPHY**<br>**9306 KAEDING CIRCLE NE**<br>**OTSEGO MN  55362** | | | **RIVERWOOD NATIONAL TOWNHOME OWNER** | | | | **0.00** |
| ACCOUNT NO.<br><br>**DHB  DIGITAL HOME BUSINESS**<br>**5600 QUEENS AVE NE**<br>**OTSEGO MN 55330** | | | **BUSINESS DEBT** | | | | **3,762.00** |
| ACCOUNT NO.<br><br>**DICK PARKS GAS, INC.**<br>**PO BOX 70**<br>**NISSWA MN 56468** | | | **BUSINESS DEBT** | | | | **2,104.00** |

Sheet no.  6 of 25 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $     **16,280.63**

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**     Case No. _____
      **KRYSTOSEK**             **Debtors**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5907**<br><br>**DISCOVER**<br>**PO BOX 30395**<br>**SALT LAKE CITY UT 84130**<br><br><br>**MANN BRACKEN LLP**<br>**1108 NEW ZEALAND AVE N STE 203**<br>**CHAMPLIN MN 55316** | | **J** | **PERSONAL** | | | | **13,034.75** |
| ACCOUNT NO.<br><br>**DK PRO GRADING INC.**<br>**5651 120TH ST NW**<br>**MAPLE LAKE MN  55358** | | | **BUSINESS DEBT** | | | | **10,460.00** |
| ACCOUNT NO.<br><br>**EAGLE BANK**<br>**9600 UPLAND LANE N**<br>**STE 100**<br>**MAPLE GROVE MN 55369** | | | **BANK LOAN** | | | | **UNKNOWN** |
| ACCOUNT NO.  **763-497-5111-7830**<br><br>**EMBARQ**<br>**PO BOX 660068**<br>**DALLAS TX  75266-0068**<br><br><br>**RMS**<br>**305 FELLOWSHIP RD STE 100**<br>**PO BOX 5471**<br>**MOUNT LAUREL NJ 08054** | | | **STALLION DEVELOPMENT DEBT** | | | | **446.47** |

Sheet no.  7 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $          **23,941.22**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**  Case No. _____
       **KRYSTOSEK**                        **Debtors**                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **ENGINEERED BUILDING COMPONENTS RUM RIVER C/O JAMES SANDER 4050 OLSON MEMORIAL HWY #195 GOLDEN VALLEY MN 55422** | | | **BUSINESS DEBT FORECLOSURE PROCESS/LAWSUIT DISMISSED?** | | | | |
| ACCOUNT NO. | | C | | | | | 3,819.00 |
| **FERGUSON ENTERPRISES INC. C/O ANTHONY U WACKER 821 RAYMOND AVENUE ST. PAUL MN  55114** | | | **BUSINESS DEBT LAWSUIT PENDING JUDGMENT ENTERED** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **FIRST CONSTRUCTION CREDIT 6889 ROWLAND ROAD, #100 EDEN PRAIRIE MN  55344** | | | **BUSINESS DEBT SEE FIRST FARMERS MERCHANT BANK** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **FIRST CONSTRUCTION CREDIT 6889 ROWLAND ROAD, #100 EDEN PRAIRIE MN  55344** | | | **BUSINESS DEBT SEE SIGNATURE BANK** | | | | |
| ACCOUNT NO. | | | | | | | **UNKNOWN** |
| **FIRST FARMERS MERCHANT PO BOX 188 GRAND MEADOW MN 55936** | | | **BANK LOAN** | | | | |

Sheet no.  8 of 25 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          3,819.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
    **KRYSTOSEK**            **Debtors**

Case No. _____
                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**GKT APPLIANCE**<br>**2675 2ND ST. N.**<br>**ST. PAUL MN  55109** | | | **BUSINESS DEBT** | | | | **750.00** |
| ACCOUNT NO. **024-9106-25429**<br><br>**GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE KY  40290-1948** | | | **BUSINESS DEBT**<br>**2007 ESCALADE (LEASED)**<br>**RETURNED VEHICLE** | | | | **13,073.47** |
| ACCOUNT NO. **007-9109-35262**<br><br>**GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE KY  40290-1948** | | | **PERSONAL DEBT**<br>**2007 GMC ENVOY**<br>**RETURNED VEHICLE** | | | | **4,882.77** |
| ACCOUNT NO. **024-9107-25722**<br><br>**GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE KY  40290-1948** | | | **BUSINESS DEBT**<br>**2007 ESCALADE (LEASED)**<br>**RETURNED VEHICLE** | | | | **13,285.55** |
| ACCOUNT NO. **107006550**<br><br>**GREAT NORTHERN BANK**<br>**12725 43RD STREET NE**<br>**ST. MICHAEL  MN  55376** | | | **MAINSTREAM PROPERTIES, LLC**<br>**5301 KYLER AVE NE**<br>**ALBERTVILLE MN  55301** | | | | **1,060,000.00** |

Sheet no.  9  of 25 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     **1,091,991.79**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**       Case No. _____
**KRYSTOSEK**                              **Debtors**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **107007785**<br>**GREAT NORTHERN BANK**<br>**12725 43RD STREET NE**<br>**ST. MICHAEL  MN  55376** | | J | **BUSINESS DEBT**<br>**JCK LAND DEVELOPMENT**<br>**105 CENTRAL AVE E**<br>**ST MICHAEL MN - LAWSUIT PENDING** | | | | **73,158.00** |
| ACCOUNT NO.   **107005956**<br>**GREAT NORTHERN BANK**<br>**12725 43RD STREET NE**<br>**ST. MICHAEL  MN  55376** | | J | **JAMES KRYSTOSEK**<br>**RE:  QUALITY TITLE PLUS INTEREST**<br>**LAWSUIT PENDING** | | | | **24,531.60** |
| ACCOUNT NO.   **107007437**<br>**GREAT NORTHERN BANK**<br>**12725 43RD STREET NE**<br>**ST. MICHAEL  MN  55376** | | J | **BUSINESS DEBT**<br>**ALPINE HOMES NOTE (PLUS INTEREST)** | | | | **150,000.00** |
| ACCOUNT NO.   **107007725**<br>**GREAT NORTHERN BANK**<br>**12725 43RD STREET NE**<br>**ST. MICHAEL  MN  55376** | | J | **BUSINESS DEBT**<br>**ENVIROPROP (PLUS INTEREST)**<br>**LISTED LOTS AS SECURITY** | | | | **229,000.00** |
| ACCOUNT NO.<br>**GREENSCAPE COMPANIES INC.**<br>**11684 219TH AVENUE NW**<br>**ELK RIVER MN  55330** | | | **STALLION DEVELOPMENT DEBT** | | | | **13,307.55** |

Sheet no. _10_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **489,997.15**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE</u>      Case No. _____
<u>KRYSTOSEK</u>                          **Debtors**                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **GRIES & LENHARDT** <br> **12725 43RD ST. N. E. SUITE 201** <br> **ST. MICHAEL MN  55376** | | | **BUSINESS DEBT - PROMISSORY NOTE** <br> **JCK LAND DEV** <br> **105 CENTRAL AVE** | | | | **12,389.00** |
| ACCOUNT NO. <br> **GRIES & LENHARDT** <br> **12725 43RD ST. N. E. SUITE 201** <br> **ST. MICHAEL MN  55376** | | | **BUSINESS DEBT** <br> **ALPINE REMODELING** | | | | **2,309.60** |
| ACCOUNT NO. <br> **GRIES & LENHARDT** <br> **12725 43RD ST. N. E. SUITE 201** <br> **ST. MICHAEL MN  55376** | | | **BUSINESS DEBT** <br> **STALLION DEVELOPMENT** | | | | **26,091.00** |
| ACCOUNT NO. <br> **GRIES & LENHARDT** <br> **12725 43RD ST. N. E. SUITE 201** <br> **ST. MICHAEL MN  55376** | | | **BUSINESS DEBT** <br> **ALPINE REALTY** | | | | **224.00** |
| ACCOUNT NO. <br> **GRIES & LENHARDT** <br> **12725 43RD ST. N. E. SUITE 201** <br> **ST. MICHAEL MN  55376** | | **J** | **BUSINESS DEBT** <br> **ALPINE HOMES** | | | | **39,041.50** |

Sheet no. <u>11</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $          **80,055.10**

Total  ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
        **KRYSTOSEK**          **Debtors**

Case No. _____
                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **GRIES & LENHARDT** <br> **12725 43RD ST. N. E. SUITE 201** <br> **ST. MICHAEL MN  55376** | | | **BUSINESS DEBT** <br> **ENVIROPROP** | | | | **15,624.00** |
| ACCOUNT NO. <br> **HIGHWOOD TOWNHOMES** <br> **C/O MCCOLLUM, CROWLEY, MOSCHET & MI** <br> **700 WELLS FARGO PLAZA** <br> **7900 XERXES AVE. SO.** <br> **MINNEAPOLIS MN  55431** | | | **BUSINESS DEBT** <br> **LAWSUIT PENDING** | | | | **0.00** |
| ACCOUNT NO. <br> **HINSHAW & CULBERTSON LLP** <br> **2729 PAYSPHERE CIRCLE** <br> **CHICAGO IL 60674** | | | **BUSINESS DEBT** | | | | **643.50** |
| ACCOUNT NO.  **1277881-250022** <br> **IKON FINANCIAL SERVICES** <br> **1738 BASE ROAD** <br> **MACON GA  31210** | | | **BUSINESS DEBT** <br> **COPY MACHINE/STALLION** <br> **DEVELOPMENT** | | | | **8,783.43** |

Sheet no. <u>12</u> of <u>25</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     **25,050.93**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re __JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE__        Case No. _____
     __KRYSTOSEK__                   __Debtors__                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **668.79** |
| **IKON OFFICE SOLUTIONS** **PO BOX 802815** **CHICAGO IL  60680-2815** <br><br> **RMS** **305 FELLOWSHIP RD STE 100** **PO BOX 5471** **MOUNT LAUREL NJ 08054** | | | **BUSINESS DEBT** **COPY MACHINE/STALLION** **DEVELOPMENT** | | | | |
| ACCOUNT NO. | | J | | | | | **UNKNOWN** |
| **INDYMAC BANK F S B** **R J LANDAU PARTNERS PLLC** <br><br> **5340 PLYMOUTH RD STE 200** **ANN ARBOR MI 48105** | | | **LAWSUIT PENDING** | | | | |
| ACCOUNT NO. | | | | | | | **54,019.00** |
| **INSTALLED BUILDING PRODUCTS** **D/B/A METRO HOME INSULATION** **5861 QUEENS AVENUE NE** **ELK RIVER MN  55330** | | | **BUSINESS DEBT** **LAWSUIT PENDING** | | | | |
| ACCOUNT NO. | | | | | | | **45,239.00** |
| **INSTALLED BUILDING PRODUCTS** **DBA METRO HOME WATERPROOFING** **5861 QUEENS AVENUE NE** **ELK RIVER MN  55330** | | | **BUSINESS DEBT** **LAWSUIT PENDING** | | | | |

Sheet no. __13__ of __25__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $         **99,926.79**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
　　　**KRYSTOSEK**　　　　　　　　　**Debtors**

Case No. _____
　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 8,052.00 |
| **INSTALLED BUILDING PRODUCTS DBA MINNESOTA E EXTERIORS 5861 QUEENS AVENUE NE ELK RIVER MN  55330** | | | **BUSINESS DEBT LAWSUIT PENDING** | | | | |
| ACCOUNT NO. | | J | | | | | 21,180.30 |
| **J. J. TOTAL LANDSCAPING ATTN JEFF FOQUETTE 69640 US HIGHWAY 12 DASSEL MN  55325** | | | **BUSINESS DEBT** | | | | |
| ACCOUNT NO. | | J | | | | | **UNKNOWN** |
| **JAMES AND LINDA GAMMELO 14275 GOLF COURSE DRIVE STE 200 BAXTER MN 56425** | | | **STALLION DEVELOPMENT DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 5,797.63 |
| **JME OF MONTICELLO, INC. 1401 FALLON AVENUE MONTICELLO MN  55362** | | | **BUSINESS DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **JOEL AND PENNY DEVRIES 9342 KAEDING CIRCLE NE OTSEGO MN  55362** | | | **RIVERWOOD NATIONAL TOWNHOME OWNER** | | | | |

Sheet no. _14_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal　▷　$　　　**35,029.93**

Total　▷　$

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**     Case No. _____

       **KRYSTOSEK**        **Debtors**        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **JOEL EGGE** <br> **720 CAPWOOD AVENUE** <br> **LITCHFIELD MN  55355** | | | **STALLION DEVELOPMENT DEBT** | | | | **30,167.55** |
| ACCOUNT NO. <br><br> **JOHN GRIES - OFFICE COURT** <br> **GRIES & LENHARDT** <br> **12725 43RD ST NE** <br> **ST MICHAEL MN 553765** | | J | **BUSINESS DEBT - GREATLAND PROPERTIES -** | | | | **112,268.51** |
| ACCOUNT NO. <br><br> **JOSEPH ADDIE** <br> **C/O AHLBERG LAW - RYAN AHLBERG** <br> **UNION PLAZA BUILDING** <br> **333 WASHINGTON AVE N. #317** <br> **MINNEAPOLIS MN  55401** | | | **BUSINESS DEBT LAWSUIT PENDING** | | | | **0.00** |
| ACCOUNT NO. <br><br> **JULE BUILDERS INC.** <br> **15875 255TH AVE** <br> **BIG LAKE MN  55309** | | | **BUSINESS DEBT** | | | | **28,571.08** |
| ACCOUNT NO. <br><br> **KAREN KNOLL** <br> **14335 305TH AVE** <br> **PRINCETON MN  55371** | | | **BUSINESS DEBT** | | | | **0.00** |

Sheet no. _15_ of _25_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

     Subtotal   ➤   $       **171,007.14**

     Total   ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
**KRYSTOSEK**                                    **Debtors**

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| KATHLEEN ERICKSON 9348 KAEDING CIRCLE NE OTSEGO MN  55362 | | | RIVERWOOD NATIONAL TOWNHOME OWNER | | | | |
| ACCOUNT NO. | | | | | | | 98,304.37 |
| KOPP CONCRETE INC. 16455 122ND AVE. BECKER MN  55308 | | | BUSINESS DEBT | | | | |
| ACCOUNT NO. | | J | | | | | 6,500,000.00 |
| LAKELAND CONSTRUCTION FINANCE LLC 860 BLUE GENTIAN ROAD SUITE 135 EAGAN MN 55121 | | | PERSONAL GUARANTEE | | | | |
| ACCOUNT NO. | | | | | | | UNKNOWN |
| LORI TROSETH 10734 313TH AVE PRINCETON MN  55371 | | | BUSINESS DEBT - MAIN STREAM PROPERTIES, QUALITY TITLE | | | | |
| ACCOUNT NO. | | | | | | | 6,690.00 |
| LOT SURVEYS COMPANY INC. 7601 73RD AVE. N. MINNEAPOLIS MN  55428 | | | BUSINESS DEBT | | | | |

Sheet no. _16_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $    **6,604,994.37**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE</u>          Case No. _____

<u>KRYSTOSEK</u>                         **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**MEYER ROHLIN INC.**<br>**1111 HWY 25**<br>**BUFFALO MN  55313** | | | **BUSINESS DEBT** | | | | **2,340.00** |
| ACCOUNT NO.<br><br>**MICHAEL AND SANDRA BERG**<br>**9347 KAEDING CIRCLE NE**<br>**OTSEGO MN  55362** | | J | **RIVERWOOD NATIONAL TOWNHOME OWNER** | | | | **UNKNOWN** |
| ACCOUNT NO.<br><br>**MONTICELLO**<br>**FORD MERCURY**<br>**1105 HWY 25 S.**<br>**MONTICELLO MN  55362**<br><br>**DENNY HECKER AUTO CONNECTION**<br>**500 FORD ROAD**<br>**MINNEAPOLIS MN 55426** | | | **BUSINESS DEBT - REPAIRS** | | | | **738.06** |
| ACCOUNT NO.<br><br>**OMANN BROTHERS PAVING INC.**<br>**PO BOX 120**<br>**ALBERTVILLE MN 55301** | | | **BUSINESS DEBT** | | | | **29,645.56** |

Sheet no. <u>17</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $        **32,723.62**

Total ➢ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
    **KRYSTOSEK**          **Debtors**

Case No. _____
                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ONE MORTGAGE**<br>**JON KERN**<br>**405-33RD AVE N**<br>**ST CLOUD MN 56303** | | **J** | **DEFICIENCY** | | | | **UNKNOWN** |
| ACCOUNT NO.<br>**PATRICK SWEENEY**<br>**3881 SO. VIADEL TORDO**<br>**GREEN VALLEY AZ 85622** | | | **RIVERWOOD NATIONAL TOWNHOME OWNER**<br>**9336 KAEDING CIRCLE NE** | | | | **UNKNOWN** |
| ACCOUNT NO.<br>**PAUL AND CLEONE SCHREIER**<br>**9323 KAEDING WAY NE**<br>**OTSEGO MN  55362** | | | **RIVERWOOD NATIONAL TOWNHOME OWNER** | | | | **0.00** |
| ACCOUNT NO.<br>**PEGGY SCHUMM, CPA, LTD.**<br>**12725 43RD STREET NE**<br>**ST. MICHAEL MN  55376** | | | **BUSINESS DEBT**<br>**STALLION DEVELOPMENT** | | | | **1,388.12** |
| ACCOUNT NO.<br>**PREMIER BANK**<br>**THOMAS KERN**<br>**301 CENTRAL AVE**<br>**OSSEO MN 55369** | | **J** | **BUSINESS DEBT**<br>**JUDGMENT ENTERED**<br>**86-CV-08-9944** | | | | **156,117.58** |

Sheet no.  18  of  25  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $        **157,505.70**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE</u>          Case No. _____
       <u>KRYSTOSEK</u>                        **Debtors**                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | **413,793.65** |
| **PREMIER BANK THOMAS KERN 301 CENTRAL AVE OSSEO MN 55369**<br><br>**HENNINGSON & SNOXELLL 6900 WEDGEWOOD ROAD STE 200 MAPLE GROVE MN 55311** | | | **BUSINESS DEBT JUDGMENT ENTERED - 86-CV-08-9941** | | | | |
| ACCOUNT NO. | | J | | | | | **49,742.42** |
| **PREMIER BANK THOMAS KERN 301 CENTRAL AVE. OSSEO MN 55369** | | | **BUSINESS DEBT JUDGMENT ENTERED 86-CV-08-9943** | | | | |
| ACCOUNT NO. | | | | | | | **UNKNOWN** |
| **PREMIER BANK THOMAS KERN 301 CENTRAL AVE. OSSEO MN  553369**<br><br>**HENNINGSON & SNOXELL 6900 WEDGEWOOD ROAD STE 200 MAPLE GROVE MN  55331** | | | **BUSINESS DEBT - JUDGMENT ENTERED 27-CV-08-29237 27-CV-08-29239 27-CV-08-29243 27-CV-08-26507** | | | | |
| ACCOUNT NO. | | J | | | | | **1,537,466.30** |
| **PREMIER BANK THOMAS KERN 301 CENTRAL AVE OSSEO MN 55369**<br><br>**HENNINGSON & SNOXELLL 6900 WEDGEWOOD ROAD STE 200 MAPLE GROVE MN 55311** | | | **BUSINESS DEBT JUDGMENT ENTERED 86-CV-08-9942** | | | | |

Sheet no. <u>19</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     **2,001,002.37**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**     Case No. _____
    **KRYSTOSEK**             **Debtors**                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **PREMIER EXTERIORS INC.** <br> **10734 313TH AVE.** <br> **PRINCETON MN  55371** | | | **BUSINESS DEBT** | | | | 148,770.00 |
| ACCOUNT NO. <br><br> **PURCELL PLUMBING & HEATING, INC.** <br> **220 SANDBERG ROAD** <br> **MONTICELLO MN  55362** | | | **BUSINESS DEBT** | | | | 131,659.16 |
| ACCOUNT NO. <br><br> **QUALITY SITE DESIGN** <br> **3600 HOLLY LANE NO. SUITE 100** <br> **PLYMOUTH MN  55447** | | | **BUSINESS DEBT** | | | | 14,015.58 |
| ACCOUNT NO. <br><br> **RATHMANNER MASONRY INC.** <br> **22290 169 ST.** <br> **BIG LAKE  MN  55309** | | | **BUSINESS DEBT** | | | | 37,332.00 |

Sheet no. _20_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $      **331,776.74**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
    **KRYSTOSEK**                **Debtors**

Case No. _____
            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **4,867.18** |
| **RED ROOF LIGHTING INC.**<br>**14180 NORTHDALE BLVD**<br>**ROGERS MN  55374**<br><br><br>**21ST CENTURY BANK**<br>**JEFF MUELLER**<br>**21660 DIAMOND LAKE  RD S**<br>**ROGERS MN 55376** | | | **BUSINESS DEBT** | | | | |
| ACCOUNT NO. | | | | | | | **0.00** |
| **ROBERT AND MARGARET EICHENLAUB**<br>**701 DESCHEPPER STREET**<br>**MARSHALL MN  56258** | | | **PURCHASED LOT 11, BLOCK 1 - 9378 KAEDING CIRCLE NE RIVERWOOD NATIONAL TOWNHOME OWNER** | | | | |
| ACCOUNT NO. | | | | | | | **UNKNOWN** |
| **SAM HALLOWAY**<br>**22596 BREANNA CT**<br>**ROGERS MN 55376** | | | **BUSINESS DEBT** | | | | |
| ACCOUNT NO. | | | | | | | **32,000.00** |
| **SATHRE-BERGQUIST INC.**<br>**150 SOUTH BROADWAY**<br>**WAYZATA MN  55391** | | | **BUSINESS DEBT** | | | | |

Sheet no.  21  of 25 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         **36,867.18**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
      **KRYSTOSEK**                    Debtors

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **0171390**<br><br>**SEH**<br>**3535 VADNAIS CENTER DRIVE**<br>**ST. PAUL MN  55110-5196** | | | **STALLION DEVELOPMENT DEBT** | | | | **16,087.50** |
| ACCOUNT NO.   **21688**<br><br>**SHERBURNE STATE BANK**<br>**PO BOX 428**<br>**BECKER MN  55308** | | | **BUSINESS DEBT**<br>**J&D ENTERPRISES**<br>**LAWSUIT PENDING**<br>**(PLUS INTEREST)** | | | | **200,000.00** |
| ACCOUNT NO.   **21577**<br><br>**SHERBURNE STATE BANK**<br>**PO BOX 428**<br>**BECKER MN  55308** | | | **JCK LAND DEVELOPMENT**<br>**JCK LAND DEV LOAN $100,000.00**<br>**PLUS INTEREST)**<br>**LAWSUIT PENDING** | | | | **102,018.17** |
| ACCOUNT NO.<br><br>**SIGNATURE BANK**<br>**DAN KOCH**<br>**9800 BREN ROAD E STE 200**<br>**MINNETONKA MN 55343** | | J | **BANK LOAN** | | | | **UNKNOWN** |
| ACCOUNT NO.<br><br>**SIMONSON LUMBER OF MONTICELLO**<br>**100 CHELSEA ROAD**<br>**MONTICELLO MN  55362** | | | **BUSINESS DEBT**<br>**INCLUDES FIXED NOTE** | | | | **66,943.51** |

Sheet no. _22_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **385,049.18**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
       **KRYSTOSEK**                      Debtors

Case No. _____
                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 224,853.60 |
| **SOUTH SIDE LUMBER CO.**<br>**PO BOX 178**<br>**ROGERS MN  55374**<br><br>**SOUTHSIDE LUMBER CO**<br>**C/O JAMES SANDER**<br>**4050 OLSON MEM HIGHWAY STE 195**<br>**GOLDEN VALLEY MN 55422** | | | **BUSINESS DEBT**<br>**LAWSUIT PENDING** | | | | |
| ACCOUNT NO. | | J | | | | | 3,216.50 |
| **SS STONE SURFACES BY STEVE WALKER**<br>**9290 VERNON STREET**<br>**GREENFIELD MN  55373** | | | **BUSINESS DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **STEVE AND ROBIN FISH**<br>**9312 KAEDING CIRCLE NE**<br>**OTSEGO MN  55362** | | | **RIVERWOOD NATIONAL TOWNHOME OWNER** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **STEVEN AND JOYCE PAULEY**<br>**9341 KAEDING CIRCLE NE**<br>**OTSEGO MN  55362** | | | **RIVERWOOD NATIONAL TOWNHOME OWNER** | | | | |

Sheet no. 23 of 25 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **228,070.10**

Total ➤ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re  **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE**
       **KRYSTOSEK**                          Debtors

Case No. _____
                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 23,381.15 |
| **STEVE'S FLOORCOVERING**<br>**PO BOX 356**<br>**ELK RIVER MN  55330** | | | **BUSINESS DEBT**<br>**LAWSUIT PENDING** | | | | |
| ACCOUNT NO. | | C | | | | | **UNKNOWN** |
| **STOCK BUILDING SUPPLY**<br>**C/O ANDREW NIELSEN**<br>**WAGNER FALCONER & JUDD LTD**<br>**1700 IDS CENTER  80 S 8TH ST**<br>**MINNEAPOLIS MN  55402** | | | **BANKLOAN** | | | | |
| ACCOUNT NO. | | | | | | | 3,225.00 |
| **SUNNY SIDE SERVICES**<br>**7005 BUSCHMANN ROAD**<br>**BREEZY POINT MN 56472** | | | **STALLION DEVELOPMENT** | | | | |
| ACCOUNT NO. | | | | | | | 3,544.85 |
| **TITAN ELECTRIC INC.**<br>**112 W. RIVER STREET**<br>**MONTICELLO MN  55362** | | | **BUSINESS DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **TRIMONT REAL ESTATE**<br>**C/O LEONARD, O'BRIEN, SPENCER GALE**<br>**100 SOUTH FIFTH STREET**<br>**SUITE 2500**<br>**MINNEAPOLIS MN  55402** | | | **BUSINESS DEBT**<br>**LAWSUIT PENDING** | | | | |

Sheet no. __24_ of _25_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $         **30,151.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re <u>JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE</u>
<u>KRYSTOSEK</u>                                    **Debtors**

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**WESTERN DRYWALL INC.**<br>**5237 QUIRING AVE. NW**<br>**ANNANDALE MN 55302** | | | **BUSINESS DEBT**<br>**LAWSUIT PENDING** | | | | **207,808.03** |
| ACCOUNT NO.<br><br>**WILLIAM AND MARY SEDEY**<br>**9353 KAEDING CIRCLE NE**<br>**OTSEGO MN  55362** | | | **RIVERWOOD NATIONAL TOWNHOME OWNER** | | | | **0.00** |
| ACCOUNT NO.<br><br>**WRIGHT-HENNEPIN COOP**<br>**ELECTRI CASSOC**<br>**PO BOX 330**<br>**ROCKFORD MN  55373** | | J | **BUSINESSS DEBT**<br>**150-1681-7912**<br>**150-1682-2736**<br>**150-1682-2168**<br>**150-1692-2167**<br><br>**150-1682-2735**<br>**150-1682-2739**<br>**150-1682-2737** | | | | **601.78** |
| ACCOUNT NO.  **51-7892163-2**<br><br>**XCEL ENERGY**<br>**NORTHERN STATES POWER COMPANY**<br>**PO BOX 8**<br>**EAU CLAIRE WI  54702** | | | **BUSINESS DEBT - UTILITIES ACCT**<br>**51-8452760-4**<br>**51-8393942-8**<br>**51-8554773-5** | | | | **258.86** |

Sheet no.  <u>25</u> of <u>25</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **208,668.67**

Total ➤ $ **12,727,614.21**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re:  **JAMES MICHAEL KRYSTOSEK    CAROL KATHERINE** ,     Case No. _____
          **KRYSTOSEK**                    **Debtors**                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re: **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE KRYSTOSEK**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

JAMEY KRYSTOSEK

RANDY KRYSTOSEK

SONS OF DEBTORS.
THEY HAVE ALSO
PERSONALLY GUARANTEED
THE DEBTS DEBTORS
GUARANTEED.

In re **JAMES MICHAEL KRYSTOSEK CAROL KATHERINE KRYSTOSEK**

Case No. _____

**Debtors**

(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Age | 59 | 58 |
| Occupation | BUILDER | BUILDER |
| Name of Employer | ALPINE HOMES, INC. | ALPINE HOMES, INC. |
| How long employed | | |
| Address of Employer | 100 CENTRAL AVENUE ST. MICHAEL MN | 100 CENTRAL AVENUE ST. MICHAEL MN |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ 0.00 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**In re**   **JAMES MICHAEL KRYSTOSEK CAROL KATHERINE**
            **KRYSTOSEK**

                                  **Debtors**

**Case No.**  _____

                                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**UNEMPLOYED AT THIS TIME**

In re **JAMES MICHAEL KRYSTOSEK CAROL KATHERINE** ,     Case No. _____
    **KRYSTOSEK**             Debtors                                                   **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 6,005.00 |
|     a. Are real estate taxes included?    Yes ✓    No _____ | | |
|     b. Is property insurance included?    Yes ✓    No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 352.00 |
|        b. Water and sewer | $ | 0.00 |
|        c. Telephone | $ | 353.00 |
|        d. Other **GARBAGE** | $ | 28.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|          a. Homeowner's or renter's | $ | 0.00 |
|          b. Life | $ | 54.00 |
|          c. Health | $ | 363.00 |
|          d. Auto | $ | 138.00 |
|          e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|          a. Auto | $ | 557.00 |
|          b. Other_____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 400.00 |
| 17. Other_____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,305.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 15 of Schedule I | $ | 0.00 |
|     b. Average monthly expenses from Line 18 above | $ | 9,305.00 |
|     c. Monthly net income (a. minus b.) | $ | -9,305.00 |

## United States Bankruptcy Court

## District of Minnesota

In re  **JAMES MICHAEL KRYSTOSEK    CAROL KATHERINE**                   ,          Case No.  _____

**KRYSTOSEK**                              Debtors

Chapter   _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        1.000.000.00 | | |
| B - Personal Property | YES | 3 | $           48.354.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $        2.338.616.24 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $             4,784.15 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 26 | | $      12.727.614.21 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $             0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $         9.305.00 |
| TOTAL | | 39 | $     1,048,354.00 | $      15,071,014.60 | |

In re <u>JAMES MICHAEL KRYSTOSEK    CAROL KATHERINE</u>
     <u>KRYSTOSEK</u>
                                **Debtors**

**Case No.** _____
                     **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      <u>**43**</u>      sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  <u>**5/8/2009**</u>                   Signature:  <u>**s/ JAMES MICHAEL KRYSTOSEK**</u>
                                                               **JAMES MICHAEL KRYSTOSEK**
                                                                       Debtor

Date:  <u>**5/8/2009**</u>                   Signature:  <u>**s/ CAROL KATHERINE KRYSTOSEK**</u>
                                                               **CAROL KATHERINE KRYSTOSEK**
                                                            (Joint Debtor, if any)

                                    [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

In re: **JAMES MICHAEL KRYSTOSEK    CAROL KATHERINE** _____ ,    Case No. _____
**KRYSTOSEK**                              Debtors                                (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| | ALPINE HOMES, INC. | 2007 |
| | ROYAL LAND DEVELOPMENT, INC. | 2007 |
| | NORIN LANDING HOMEOWNERS ASSOC. | 2007 |
| | KRYSTOSEK PROPERTIES | 2007 |
| | KRYSTOSEK ENTERPRISE, INC. | 2007 |
| | KRH PROPERTIES, LLC | 2007 |
| | J & D ENTERPRISES OF ALBERTVILLE | 2007 |
| | HAMLETS CREEKVIEW ESTATES, INC. | 2007 |
| | QUALITY TITLE | 2007 |
| | GREATLAND PROPERTIES | 2007 |
| 18,000.00 | ALPINE HOMES - JAMES | 2007 |
| 54,000.00 | ALPINE REALTY - JAMES | 2007 |
| 45,760.00 | ALPINE HOMES - CAROL | 2007 |
| | JCK DEVELOPMENT | 2007 |
| | MAINSTREAM PROPERTIES | 2007 |
| | ALPINE REALTY | 2007 |
| | STALLION DEVELOPMENT, LLC | 2007 |
| | FOREST HILLS HOMEOWNERS ASSOCIATION | 2007 |
| | ENVIROPROP CORP. | 2007 |
| | FIRST PRIORITY MORTGAGE OF MN, INC. | 2007 |
| | FAIRPRICEDHOMES, INC. | 2007 |
| | ARLH | 2007 |
| | QUALITY TITLE | 2008 |
| | NORIN LANDING HOMEOWNERS ASSOC. | 2008 |
| | KRYSTOSEK PROPERTIES | 2008 |

| | | |
|---|---|---|
| | ROYAL LAND DEVELOPMENT, INC. | 2008 |
| 3,520.00 | ALPINE HOMES INC - CAROL | 2008 |
| | KRYSTOSEK ENTERPRISE, INC. | 2008 |
| | STALLION DEVELOPMENT | 2008 |
| | J & D ENTERPRISES OF ALBERTVILLE | 2008 |
| | GREATLAND PROPERTIES | 2008 |
| | ALPINE HOMES, INC. | 2008 |
| | ALPINE REALTY | 2008 |
| | ENVIROPROP CORP | 2008 |
| | KRH PROPERTIES LLC | 2008 |
| | FAIRPRICED HOMES | 2008 |
| | JCK DEVELOPMENT | 2008 |
| | MAINSTREAM PROPERTY | 2008 |

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 28,239.96 | DIVIDENDS AND INTEREST | 2007 |
| 29,993.72 | DIVIDENDS AND INTEREST | 2008 |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **NONE** | **NO SPECIAL PAYMENTS MADE** | | |

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| PREMIER BANK MINNESTOA v. ALPINE HOMES, ET AL.<br>86-CV-08-9941 | CIVIL/OTHER | WRIGHT COUNTY DISTRICT COURT<br>300 SOUTH SIXTH STREET<br>MINNEAPOLIS, MN 55402 | |
| JOSEPH ADDIE v. BRANDON FLAVIN, ET AL<br>27-CV-08-16195 | CONTRACT | HENNEPIN COUNTY DISTRICT COURT<br>300 SOUTH SIXTH STREET<br>MINNEAPOLIS MN 55402 | PENDING |
| MINNESOTA EXTERIORS, INC., METRO HOME INSULATION, LLC, METRO HOME WATERPROOFING LLC | CONTRACT | WRIGHT COUNTY DISTRICT COURT<br>TEN SECOND STREET NW<br>BUFFALO MN 55313 | ANSWER DUE 1/28/09 |
| FERGUSON ENTERPRISES, INC. v. ALPINE HOMES, INC., JAMES KRYSTOSEK, RANDY KRYSTOSEK<br>86-CO-08-1111 86-CV-09-1858 | CONCILIATION COURT CLAIMS $3964.00 | WRIGHT COUNTY DISTRICT COURT<br>TEN SECOND STREET<br>BUFFALO MN 55313 | NOT OF CONCILIATION COURT ORDER 2/13/09 |
| HIGHWOODS TOWNHOMES v. BRIGHTKEYS ET AL. | | WRIGHT COUNTY DISTRICT COURT<br>TEN SECOND STREET NW<br>BUFFALO MN 55313 | PENDING |
| PREMIER BANK MINNESOTA v. ALPINE HOMES, INC., ET AL.<br>27-CV-08-29237; 27-CV-08-29239; 29243 | CONSOLIDATION OF 4 LAWSUITS RE 3 SEPARATE PROMISSORY NOTES $220,000 EACH | HENNPIN COUNTY DISTRICT COURT<br>300 SOUTH SIXTH STREET<br>MINNEAPOLIS MN 55402 | CONSOLIDATION HRG 1/9/2009 |
| CONSOLIDATED LUMBER COMPANY v. ALPINE HOMES, INC., ET AL CONSOLIDATED WITH PREMIER BANK V ALPINE HOMES 29237 29239 29243<br>27-CV-08-26507 | MECHANICS LIEN FORECLOSURE; BREACH OF CONTRACT; ACCOUNT STATED; QUANTUM MERUIT; PERSONAL GUARANTY | HENNEPIN COUNTY DISTRICT COURT<br>300 SOUTH SIXTH STREET<br>MINNEAPOLIS MN 55402 | AMENDED COMPLAINT FILED 2009-01-06 |
| INDYMAC BANK v. AMERICAN WHOLESALE LENDING, ET AL.<br>07-CV-4514 | CONTRACT | U.S. DISTRICT COURT DISTRICT OF MN<br>4TH STREET, MINNEAPOLIS MN 55402 | PENDING |
| SOUTHSIDE VS. ALPINE HOMES<br>86-CV-09-2602 | CONTRACT | WRIGHT COUNTY DISTRICT COURT | PENDING |
| STEVE'S FLOORCOVERING v. ALPINE HOME, INC.<br>86-CV-08-6449 | CONTRACT | WRIGHT COUNTY DISTRICT COURT<br>TEN SECOND STREET NW<br>BUFFALO MN 55313 | PENDING |
| PREMIER BANK MINNESOTA v. ALPINE HOMES, INC., JAMES M. KRYSTOSEK, ET AL.<br>86-CV-08-9943 | MORTGAGE FORECLOSURE | COUNTY OF WRIGHT<br>TEN SECOND STREET NW<br>BUFFALO MN 55313 | MOT. FOR DEFAULT JUDGMENT 3/10/2009 |
| BERGLIN v. J. KRYSTOSEK AND ALPINE HOMES, INC.<br>02-CV-09-122 | CONTRACT | ANOKA COUNTY DISTRICT COURT<br>325 EAST MAIN STREET<br>ANOKA MN 55303 | MOT. FOR DEFAULT JUDGMENT 2/25/2009 |

| Case | Type | Court | Status |
|---|---|---|---|
| GREAT NORTHERN BANK v. QUALITY TITLE, INC., JAMES KRYSTOSEK, ET AL.<br>86-CV-09-2310 | CONTRACT | WRIGHT COUNTY DISTRICT COURT<br>TEN SECOND STREET NW<br>BUFFALO MN 55313 | COMPLAINT FILED 2/12/2009 |
| STOCK BUILDING SUPPLY, LLC. v. ALPINE HOMES, INC., ABC INC., ET AL.<br>CV-09-1519 | REDEMPTION | WRIGHT COUNTY DISTRICT COURT<br>TEN SECOND STREET NW<br>BUFFALO MN 55313 | SUMMONS FILED 3/4/2009 |
| ENGINEERED BUILDING COMPONENTS COMPANY v. ALPINE HOMES, INC. ET AL.<br>27-CV-08-23138 | MECHANICS LIEN FORECLOSURE | HENNEPIN COUNTY DISTRICT COURT<br>300 SOUTH SIXTH STREET<br>MINNEAPOLIS MN 55402 | STIPULATION FOR DISMISSAL/2/8/2009 |
| PREMIER BANK v. ALPINES HOME, ET AL.<br>86-CV-08-9944 | MORTGAGE FORECLOSURE | WRIGHT COUNTY DISTRICT COURT<br>TEN SECOND STREET NW<br>BUFFALO, MN 55313 | NOT MOT AND MOT FILED 2/17/2009 |
| EAGLE COMMUNITY BANK v. ALPINE HOMES INC., ET AL. .<br>86-CV-08-8962 | CONTRACT | WRIGHT COUNTY DISTRICT COURT<br>TEN SECOND STREET NW<br>BUFFALO MN 55313 | SCHEDULING ORDER 2008-12-18 |
| PREMIER BANK v. ALPINE HOMES, ET AL.<br>86-CV-08-9942 | MORTGAGE FORECLOSURE | WRIGHT COUNTY DISTRICT COURT<br>TEN SECOND STREET NW<br>BUFFALO MN 55313 | NOT OF MOTION HRG 3/10/2009 |
| WESTERN DRYWALL VS ALPINE HOMES<br>86-CV-09-1706 | CONTRACT | HENNEPIN COUNTY DISTRICT COURT | PENDING |
| GAMMELLO VS KRYSTOSEK<br>18-CV-09-2333 | | CROW WING COUNTY | PENDING |
| LINDA CLEWETTE VS ALPINE HOMES<br>27-CV-07-18456 | CONTRACT | HENNEPIN COUNTY | CASE DISMISSED 08/2008 |
| LEWIS SCHREIER SEDEY VS. ALPINE HOMES | CONTRACT | WRIGHT COUNTY DISTRICT COURT | CONFESSION OF JUDGMENT PENDING |
| ANGELA GEORGE AND LORI TROSETH [ GNB VS. QUALITY TITLE] | CONTRACT | WRIGHT COUNTY DISTRICT COURT | CROSS CLAIM PENDING |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☐ immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **CATERPILLAR FINANCIAL SERVICES** <br> **PO BOX 730669** <br> **DALLAS TX  75373-0669** | **01/19/2009** | **SKIDLOADER [ ALPINE]** |
| **GMAC** <br> **PO BOX 9001948** <br> **LOUISVILLE KY  40290-1948** | **12/24/2008** | **ENVOY [PERSONAL]** |
| **GMAC** <br> **PO BOX 9001948** <br> **LOUISVILLE KY  40290-1948** | **12/24/2008** | **ESCALADE [ALPINE]** |
| **GMAC** <br> **PO BOX 9001948** <br> **LOUISVILLE KY  40290-1948** | **12/24/2008** | **ESCALADE [ALPINE]** |

## 5.  Repossessions, foreclosures and returns

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☐ foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **GREATLAND PROPERTIES LLC** <br> **100 CENTRAL AVE EAST** <br> **ST MICHAEL MN 55376** | **02/15/2009** | **OFFICE:** <br> **100 CENTRAL AVE E** <br> **ST MICHAEL MN 55376** |
| **LAKELAND CONSTRUCTION** | **12/31/2008** | **RIVERWOOD NATIONAL GOLF COURSE - 9 LOTS TERRITORIAL VIEW DEV ROGERS MN; WHISPERING WOODS DEV ST MICHAEL; GRENIN'S MISSISSIPPI HILLS OTSEGO; BIRCH LAKE DEV 77 ACRES MONTICELLO** |
| **ONE MORTGAGE, LLC** | **01/29/2009** | **LOT 3, BLOCK 3, OTSEGO PRESERVE 2ND ADDITION; TAX PARCEL 118205003030; 6377 MARX AVE NE OTSEGO MN** |
| **ONE MORTGAGE, LLC** | **01/29/2009** | **LOT 3, BLOCK 2, OTSEGO PRESERVE 2ND ADDITION, TAX PARCEL NO. 118205002030 - 6442 MARSHALL AVE OTSEGO, MN 55301** |

## 6.  Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **FAMILY MEANS** | **4/21/2009** | **$150.00** |
| **WENTZELL LAW FIRM 2512 ANTHONY LANE SOUTH SUITE 200 ST. ANTHONY, MN  55418** | **2/28/2009** | **$2983.00** |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **FAMILY MEANS** | **4/21/2009** | **$150.00** |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.       List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME  AND ADDRESS                    DOCKET NUMBER                    STATUS OR
OF GOVERNMENTAL UNIT                                                 DISPOSITION

## 18. Nature, location and name of business

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ALPINE HOMES INC.** | **41-1995418** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **BUILDER** | **02/21/2001** |
| **ALPINE REALTY, INC.** | **41-1994005** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **REALTY** | **02/06/2001** |
| **ARLH** | **2133240-2** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **DEVELOPMENT** | **01/01/2007** |
| **ENVIROPROP CORP.** | **56-2397873** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | | |
| **FAIRPRICEDHOMES, INC.** | **20-3106262** | **9201 91ST AVE MONTICELLO MN 55362** | **REAL ESTATE** | **06/29/2005** |
| **FIRST PRIORITY MORTGAGE OF MN, INC.** | **32-0084024** | **249 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **MORTGAGE** | **07/09/2003** |
| **FOREST HILLS HOMEOWNERS ASSOCIATION** | **20-1414410** | **9946 JANSEN CIRCLE NE OTSEGO MN 55362** | **DEVELOPMENT** | **03/10/2004** |
| **GREATLAND PROPERTIES, LLC** | **20-4411028** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **DEVELOPMENT** | **03/02/2006** |
| **HAMLETS CREEKVIEW ESTATES, INC.** | **20-4410787** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **DEVELOPMENT** | **03/02/2006** |
| **J & D ENTERPRISES OF ALBERTVILLE** | **41-1828587** | **6576 NATHAN LANE MAPLE GROVE MN 55369** | **DEVELOPMENT** | **03/31/2005** |
| **JCK LAND DEVELOPMENT, LLC** | **41-1997255** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **DEVELOPMENT** | **02/13/2001** |
| **KRH PROPERTIES, LLC** | **20-3965400** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **DEVELOPMENT** | **02/13/2005** |
| **KRYSTOSEK ENTERPRISE, INC.** | **41-1960537** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **DEVELOPMENT** | **01/05/2000** |
| **KRYSTOSEK PROPERTIES** | **41-1858331** | **100 CENTRAL AVE. E. ST. MICHAEL MN 55376** | **DEVELOPMENT** | **04/01/1997** |

| | | | | |
|---|---|---|---|---|
| MAINSTREAM PROPERTIES LLC | 03-0506466 | 900 RUM RIVER DRIVE S. PRINCETON MN 55371 | DEVELOPMENT | 02/10/2003 |
| NORIN LANDING HOMEOWNERS ASSOC. | 20-3252755 | 100 CENTRAL AVE. E. ST. MICHAEL MN 55376 | DEVELOPMENT | 05/11/2005 |
| QUALITY TITLE | 48-1290746 | 100 CENTRAL AVE. E. ST. MICHAEL MN 55376 | TITLE COMPANY | 01/05/2000 |
| ROYAL LAND DEVELOPMENT, INC. | 20-1308557 | 100 CENTRAL AVE. E. ST. MICHAEL MN 55376 | DEVELOPMENT | 02/21/2001 |
| STALLION DEVELOPMENT, LLC | 20-2192164 | 109 CENTRAL AVE. E. ST. MICHAEL MN 55376 | DEVELOPMENT | 01/20/2005 |

None
☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                             ADDRESS

## 19. Books, records and financial statements

None
❑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                 DATES SERVICES RENDERED

**CAN-WEST INC.**                                                **2006, 2007, 2008**
**4414 MACIVER AVE. NE**
**ST. MICHAEL MN 55376**

None
❑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                           DATES SERVICES RENDERED

**IRS AREA AUDITOR**                                            **2007**
**JESSE JOHNSON**
**6200 SHINGLE CREEK PARKWAY**
**BROOKLYN CENTER MN 55430**

None
❑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                             ADDRESS

**CANWEST CONSULTING**                            **4414 MACIVER AVE NE**
                                                 **ST MICHAEL MN 55376**

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **AMERICAN NATIONAL BANK**<br>**17267 YALE STREET**<br>**ELK RIVER MN 55330** | **01/01/2007** |
| **ARROW BUILDING CENTER**<br>**14831 162ND AVE SE**<br>**BIG LAKE MN 55309** | **01/01/2007** |
| **CAPITAL FINANCE**<br>**2990 RICE STREET**<br>**ST PAUL MN 55113** | **01/01/2007** |
| **EAGLE BANK**<br>**9600 UPLAND LANE N STE 100**<br>**MAPLE GROVE MN 55369** | **01/14/2007** |
| **FIRST CONSTRUCTION CREDIT**<br>**5250 W 74TH STREET STE 8**<br>**EDINA MN 55439** | **01/01/2007** |
| **GREAT NORTHERN BANK**<br>**12725 43RD ST**<br>**ST MICHAEL MN  55376** | **01/01/2007** |
| **LAKELAND CONSTRUCTION FINANCE**<br>**860 BLUE GENTIAN ROAD STE 135**<br>**EAGAN MN 55121** | **01/01/2007** |
| **MARKETLINE**<br>**3600 MINNESOTA DRIVE STE 150**<br>**EDINA MN 55435** | **01/01/2007** |
| **ONE MORTGAGE**<br>**101 2ND ST NEW**<br>**PO BOX 7**<br>**AVON MN 56310** | **01/14/2007** |
| **PREMIER BANKS**<br>**11055 61ST ST NE**<br>**ALBERTVILLE MN 55301** | **01/01/2007** |
| **PRO-FINANCE**<br>**2165 WOODLANE DRIVE STE 100**<br>**WOODBURY MN 55125** | **01/01/2007** |
| **RUM RIVER LUMBER**<br>**10141 WOODCREST DRIVE**<br>**COON RAPIDS MN 55433** | **01/01/2009** |
| **SIGNATURE BANK**<br>**656 5TH AVE**<br>**NEW YORK NY 10017** | **01/14/2007** |
| **SIMONSON LUMBER**<br>**100 CHELSEA ROAD**<br>**MONTICELLO MN 55362** | **01/01/2007** |

**SOURCE CONSTRUCTION CAPITAL**　　　01/01/2007
**3535 PLYMOUTH BLVD STE 211**
**PLYMOUTH MN 55447**

**STOCK LOAN SERVICES**　　　01/01/2007
**8020 ARCO CORPORATION DRIVE**
**RALEIGH NC 27617**

**VISION LENDING**　　　01/01/2007
**1428 5TH AVE**
**ANOKA MN 55303**

## 20. Inventories

None
☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None
☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **5/8/2009**

Signature of Debtor  **s/ JAMES MICHAEL KRYSTOSEK**

**JAMES MICHAEL KRYSTOSEK**

Date  **5/8/2009**

Signature of Joint Debtor (if any)  **s/ CAROL KATHERINE KRYSTOSEK**

**CAROL KATHERINE KRYSTOSEK**

# UNITED STATES BANKRUPTCY COURT
## District of Minnesota

In re    **JAMES MICHAEL KRYSTOSEK   CAROL KATHERINE KRYSTOSEK**  / Debtor      Case No. _____

                                                                                           Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**CITIZENS AUTOMOBILE FINANCE** | **Describe Property Securing Debt:**<br>**2006 JEEP COMMANDER**<br>**CITIZEN AUTO FINANCE**<br>**TITLE - CAROL KRYSTOSEK** |

Property will be *(check one)*:
     ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
     ☐ Redeem the property
     ☑ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
     ☐ Claimed as exempt      ☑ Not claimed as exempt

---

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**HARRIS NA** | **Describe Property Securing Debt:**<br>**2008 JEEP COMMANDER**<br>**TITLED JAMES KRYSTOSEK - SON - RANDY**<br>**PAYS AND DRIVES** |

Property will be *(check one)*:
     ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
     ☐ Redeem the property
     ☑ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
     ☐ Claimed as exempt      ☑ Not claimed as exempt

| Property No.  3 | |
|---|---|
| **Creditor's Name:**<br><br>**SPIRE FEDERAL CREDIT UNION** | **Describe Property Securing Debt:**<br><br>**2005 DODGE DURANGO**<br>**SPIRE  FEDERAL CREDIT UNION** |

Property will be *(check one)*:

    ❑ Surrendered       ☑ Retained

If retaining the property, I intend to *(check at least one)*:

    ❑ Redeem the property

    ☑ Reaffirm the debt

    ❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

    ❑ Claimed as exempt      ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES    ❑ NO |

_____0_____  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **5/8/2009**                                          **s/ JAMES MICHAEL KRYSTOSEK**
                                                                        **JAMES MICHAEL KRYSTOSEK**
                                                                        Signature of Debtor

                                                                        **s/ CAROL KATHERINE KRYSTOSEK**
                                                                        **CAROL KATHERINE KRYSTOSEK**
                                                                        Signature of Joint Debtor (if any)

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**JAMES MICHAEL KRYSTOSEK**
**CAROL KATHERINE KRYSTOSEK**                    ,          Case No. BKY _____

Debtor(s).          Chapter ___**7**___ Case

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1.      The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable

2.      (a) The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:                                        $ _____ **299.00**

(b) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:                                        $ _____ **3,500.00**

(c) Prior to filing this statement, the debtor(s) paid to the undersigned:          $ _____ **2,983.00**

(d) The unpaid balance due and payable by the debtor(s) to the undersigned is:                                        $ _____ **517.00**

3.      The services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code; (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court; (c) representation of the debtor(s) at the meeting of creditors; (d) negotiations with creditors; and (e) other services reasonably necessary to represent the debtor(s) in this case.

4.      The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

_____

5.      The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated: **5/8/2009** _____          Signed: _____

**JOSEPH A  WENTZELL**
**Bar no: 170616**
Attorney for Debtor(s)

**WENTZELL LAW OFFICE, PLLC**
**2812 ANTHONY LANE**
**ST ANTHONY, MN 55418**
**612-436-3292**

LOCAL RULE REFERENCE: 1007-1